THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIE GRANT and GEORGE LOUIS MONGE, Appellants.

Argued November 13, 1947; decided January 8, 1948.

*Raphael P. Koenig, Leopold K. Simon* and *James N. Fazio* for George Louis Monge, appellant.

*John McKim Minton, Joseph D. Edelson* and *Rose Rothenberg* for Willie Grant, appellant.

*Frank S. Hogan, District Attorney* (*Whitman Knapp* and *Edward T. Perry* of counsel), for respondents.

Judgments of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.